**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No.4:05CR149SNL/DDN |
| ) | |
| **CURTIS BASKETT,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Having received no objections by the defendant and having been informed by the United State Magistrate Judge that on September 21, 2005 defendant waived his rights to file pretrial motions and to have a pretrial hearing,

**IT IS HEREBY ORDERED** that United States Magistrate Judge David D. Noce's Order and Recommendation (#21), filed September 21, 2005 is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the defendant's motion to suppress evidence and statements (#17) be and is **DENIED AS MOOT.**

Dated this __11th__ day of October, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE